United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELA E. SANDERS,

Appellant,

v.

US BANK TRUST NATIONAL ASSOCIATION, et al.,

Appellees.

Case No. 26-cv-00094-NW

**ORDER TO SHOW CAUSE**

On January 6, 2026, Appellant, proceeding *pro se*, filed an appeal from the Bankruptcy Court, challenging the Bankruptcy Court's decision granting Appellee US Bank Trust National Association ("Appellee" or "US Bank") relief from an automatic stay imposed pursuant to 11 U.S.C. § 362. ECF No. 1. On the same day, January 6, 2026, the Court issued a scheduling order requiring Appellant to file her opening principal brief within 30 days after the Bankruptcy Court's record is lodged on this Court's docket. ECF No. 2. The Bankruptcy Court record was lodged on the docket on March 18, 2026. ECF No. 3. Accordingly, Appellant's principal brief was due on April 17, 2026. Appellant has not filed her principal brief to date.

On August 14, 2026, Appellant filed a case management statement and noted that she "requests that the Court set a briefing schedule under Fed. R. Bankr. P. 8018." ECF No. 15 at 4. But the time provided in Federal Rule of Bankruptcy Procedure 8018 has passed; Rule 8018 states that "[t]he appellant must serve and file a brief within 30 days after the docketing of notice that the record has been sent or that it is available electronically." Fed. R. Bankr. P. 8018.

Appellant is ordered to show cause why this appeal should not be terminated for failure to prosecute. *See* Federal Rule of Civil Procedure 41(b). If Appellant opposes the order to show cause, by no later than **Friday, September 18, 2026**, Appellant must file an opposition and serve

it on Appellee. If Appellant fails to timely file an opposition to this order to show cause, the Court will dismiss this action without prejudice.

A hearing on the order to show cause is set for **Tuesday, September 22, 2026, at 10:00 a.m.** in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. Appellant must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: September 4, 2026

Noël Wise
United States District Judge